IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| KEVIN YOUNGER | * |
| Plaintiff | * |
| v. | *   Civil Action No.: 1:16-cv-03269-RDB |
| JEMIAH L. GREEN, *et al* | * |
| Defendants | * |

* * * * * * * * * * * * *

### AFFIDAVIT OF COMPLIANCE

Allen E. Honick, counsel for Plaintiff, hereby submits this Affidavit of Compliance with regard to the Letter Order of The Honorable Richard D. Bennett dated December 19, 2019 ("Order"), as follows:

1. Trial in this matter was postponed to commence from January 6, 2020 until January 21, 2020.

2. Pursuant to this Order, "[a]ll executed trial subpoenas are deemed applicable to the new trial date and *pro se* Defendants "must be present for the duration of these proceedings."

3. In addition, the parties were "instructed to provide copies of this Letter Order to those who have been previously issued trial subpoenas. To that end, the following individuals were forwarded correspondence enclosing the Order in compliance as follows:

| | SUBPOENAED WITNESS | EXHIBIT NO. |
|---|---|---|
| a. | William Sage, Investigator, DPSCS Internal Investigation Unit | Exhibit A |
| b. | Johnnathan Wright | Exhibit B |
| c. | Suzanne Fisher | Exhibit C |
| d. | Jemiah Green, *pro se* Defendant (Duration of Trial) | Exhibit D |
| e. | Richard Hanna, *pro se* Defendant (Duration of Trial) | Exhibit E |
| f. | O. Wayne Hill, Acting Commissioner of Corrections | Exhibit F |
| g. | Felicia Hill | Exhibit G |

| SUBPOENAED WITNESS | | EXHIBIT NO. |
|---|---|---|
| h. | Ronald Joyner | Exhibit H |
| i. | Raymond Pere | Exhibit I |
| j. | Vivian Presbury | Exhibit J |
| k. | Kwasi Ramsey, *pro se* Defendant (Duration of Trial) | Exhibit K |

4. The previously served trial subpoenas upon George R. Hardinger and Bon Secours Health System Foundation, Inc. have been released by Plaintiff.

5. As confirmation of compliance, copies of the correspondence enclosing the Order are attached hereto as Exhibits A-K..

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY** that the contents of the foregoing *Affidavit of Compliance* is true to the best of my knowledge, information and belief.

Respectfully submitted,

/s/ David Daneman

David Daneman, #06976, CPF #8912180145
Allen E. Honick, #19822, CPF #1612130266
WHITEFORD, TAYLOR & PRESTON, L.L.P.
Seven St. Paul Street, Suite 1500
Baltimore, Maryland 21202-1636
(410) 347-8700
ddaneman@wtplaw.com
ahonick@wtplaw.com
*Counsel for Plaintiff,*
 *Kevin Younger*

## CERTIFICATE OF SERVICE AND MAILING

I HEREBY CERTIFY that on this 7th day of January, 2020, a copy of the foregoing *Affidavit of Compliance* was forwarded via electronic mail and/or first class mail, postage prepaid to all counsel of record, as well as forwarded via first class mail, postage paid, to the *pro se* defendants, as described below:

| | | |
|---|---|---|
| **Robert A. Scott, #24613**<br>**Justin E. Fine, #18731**<br>Assistant Attorneys General<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, Maryland 21202<br>(410) 576-7055 – Office<br>(410) 576-6955 - Facsimile<br>rscott@oag.state.md.us<br>jfine@oag.state.md.us<br>*Attorneys for Defendant,*<br>*Tyrone Crowder* | **Ann D. Ware, #23785**<br>Assistant Attorney General<br>200 St. Paul Place, 17th Floor<br>Baltimore, Maryland 21202<br>(410) 576-6562 – Office<br>(410) 576-6437 - Facsimile<br>aware@oag.state.md.us<br>*Attorney for Defendant,*<br>*Wallace Singletary* | **Karl A. Pothier, #23568**<br>**Shelly E. Mintz, #00960**<br>Assistant Attorney General<br>120 W. Fayette Street, 5th Floor<br>Baltimore, Maryland 21201<br>(410) 230-3138 – Pothier Phone<br>(410) 230-3135 – Mintz Phone<br>karl.pothier@maryland.gov<br>shelly.mintz@maryland.gov<br>*Attorney for Defendant,*<br>*Neil Dupree* |
| **Jemiah Green**<br>10303 Sunny Lake Place<br>Apt. B<br>Cockeysville, Maryland 21030<br>*Pro Se Defendant* | **Richard N. Hanna**<br>1641 Poole Road<br>Darlington, Maryland 21034<br>*Pro Se Defendant* | **Kwasi H. Ramsey**<br>4 Trestlewood Court<br>Randallstown, MD 21034<br>*Pro Se Defendant* |

_____
Allen E. Honick, #19822, CPF #1612130266

*10360129*